PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Gerald Hill  **Docket Number:** 03-00521-001
                                    **PACTS Number:** 37182

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 12/15/2004

**Original Offense:** Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(1) and(2).

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 9/28/07

**Assistant U.S. Attorney:** Kevin Walsh, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Linda Foster, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Hill was arrested by the Phillipsburg Police Department on September 5, 2008 on a warrant issued by Easton Police Department (Pennsylvania). He was charged by Easton Police Department with Possession of a Controlled Substance with the Intent to Distribute (2 counts), Delivery of a Controlled Substance (2 counts), Criminal Use of a Communication Facility, and Possession of a Controlled Substance (2 counts). |
| | These charges stem from a narcotics investigation by Easton Police, in which the offender and others were observed selling heroin in Easton, Pennsylvania. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

PROB 12C - Page 2
Gerald Hill

Hill submitted a monthly report for the month of August 2008, which contained false statements. This is in violation of 18 U.S.C. § 1001 (False Statements). Gerald Hill signed and dated the August 2008 monthly report, which certified that all information furnished was complete and correct.

Specifically, the offender omitted the cell phone number (908-914-2910) from the report on side one, Part A of the document. Hill was contacted on this cell phone and arranged a meeting to distribute heroin on August 20, 2008.

The offender answered "no" to the following question on side two, Part E of the document, "did you have any contact with anyone having a criminal record?" Hill was in contact with his co-defendant and brother-in-law, Russell London during the month of August 2008.

The offender answered "no" to the following question on side two, Part E of the document, "did you travel outside the district without permission?" Hill was observed to be in Easton, PA during the month of August 2008.

The offender answered "no" to the following question on side two, Part E of the document, "did you possess or use any illegal drugs?" Hill was observed to be in possession of heroin during the month of August 2008.

3   The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

The offender was observed in Easton, Pennsylvania on numerous occasions, without the permission of the Court or Probation Officer, as observed by the Easton Police Department.

4   The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

The offender was engaged in criminal activity with Russell London, who is also his brother-in-law. Specifically, Mr. London and Gerald Hill were involved in and an organized heroin distribution network. Russell London (aka Eric Moore) has two felony convictions in the State of New Jersey.

5   The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender submitted a false and incomplete monthly supervision report for the month of August 2008, as detailed in Violation #2.

PROB 12C - Page 3
Gerald Hill

I declare under penalty of perjury that the foregoing is true and correct.

By: Dana Hafner
U.S. Probation Officer
Date: 9/12/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 11/3/08 at 3:00 p.m.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/15/08
Date