UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 03-521 (KSH) |
| GERALD HILL, | **ORDER** |
| Defendant. | |

Before this Court is a Petition of the United States Probation Office alleging that the Defendant, Gerald Hill, has violated multiple conditions of his supervised release, based upon pending criminal charges in the State of Pennsylvania. In light of the pendency of the underlying charges, and for the reasons stated on the record, and for good cause shown,

IT IS on this 3rd day of November 2008,

ORDERED that the hearing on the Petition is adjourned until January 5, 2009, at 10:00 a.m., to permit resolution of the underlying charges, and it is further

ORDERED that all conditions of supervised release currently in place be continued.

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE