UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 03-cr-521**

UNITED STATES OF AMERICA v. <u>GERALD HILL</u>
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Gerald Hill, Permanent ID# 10311**, is now confined in **Northampton County Jail, 666, Walnut St., Easton, PA 18042**.

2. **Gerald Hill, Permanent ID# 10311**, will be required at the <u>United States District Court</u> before the <u>Hon. Katharine S. Hayden</u> on <u>Tuesday, September 8, 2009</u>, at <u>11:30 a.m.</u> for a <u>VOSP Hearing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: August 20, 2009

/s/ Robert G. Marasco
Robert G. Marasco
Assistant United States Attorney
Petitioner - 973-645-2931

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 8/20/09

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Northampton County Jail.

We Command You that you have the body of **Gerald Hill** (by whatever name called or charged) now confined in <u>Northampton County Jail</u> brought to the <u>United States District Court before the Hon. Katharine S. Hayden, Newark, New Jersey</u> on <u>Tuesday, September 8, 2009</u> at <u>11:30 a.m.</u>, for a <u>VOSP Hearing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden,
United States District Judge at Newark, N.J.

DATED: 8/20/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
      Deputy Clerk