UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 03-521 |
| GERALD HILL | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States (Ralph J. Marra, Jr., Acting United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), for an Order revoking the previously imposed term of supervised release for defendant Gerald Hill (Office of the Federal Public Defender, Linda D. Foster, AFPD, appearing), and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that supervised release should be revoked for the following reasons:

1. On or about September 28, 2007, defendant Gerald Hill was released from the custody of the Federal Bureau of Prisons and began a three-year term of supervised release pursuant to the Judgment of this Court dated December 15, 2004.

2. On September 8, 2009, defendant Gerald Hill admitted to committing another state crime in violation of his terms of supervised release.

WHEREFORE, it is on this ___ day of September, 2009,

ORDERED that defendant Gerald Hill's original term of supervised release, which was imposed pursuant to a Judgment of this Court dated December 15, 2004, be and is hereby revoked;

IT IS FURTHER ORDERED that defendant Gerald Hill shall be sentenced to a term of imprisonment of twelve months, which term of imprisonment shall commence upon the completion of his current state term of imprisonment imposed by the Court of Common Pleas of Northampton County, Pennsylvania in Case Nos. 3482-2008 and 3483-2008;

IT IS FURTHER ORDERED that no additional term of federal supervised release shall be imposed upon defendant Gerald Hill's release from imprisonment.

_____
HON. KATHARINE S. HAYDEN
United States District Judge