IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | Crim. No. 03-521 (KSH) |
| : | |
| GERALD HILL : | |
| : | ORDER |
| Defendant. : | |

    This matter having come before the Court on the application of defendant Gerald Hill, through his attorney, the Federal Public Defender for the District of New Jersey (Linda D. Foster, Assistant Federal Public Defender, appearing), for an Order recommending that he receive jail credit from the time he was paroled to the federal detainer; and the United States of America (Robert Marasco, Assistant United States Attorney, appearing), having no objection, and the Court having found the following:

1. That Mr. Hill was sentenced by this Court on September 9, 2009 for a violation of supervised release, to a term of 12-months imprisonment to run consecutive to his state sentence;
2. That Mr. Hill was paroled from his state sentence on July 6, 2010 to the federal detainer to begin his 12-month sentence;
3. That Mr. Hill was not transferred into federal custody until October 2010, and did not begin receiving credit toward his federal sentence until that time; and for good cause shown, it is hereby

ORDERED that Gerald Hill's motion is GRANTED, and it is further

ORDERED that Gerald Hill should receive credit toward his federal sentence

since July 6, 2010, and it is further

ORDERED that all other provisions of the Order entered in this matter on September 14, 2009, remain in full force and effect.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN
United States District Court Judge